**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  12-cv-02392-REB-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOES 1-22,

    Defendant.

**ORDER OF DISMISSAL AS TO JOHN DOES 10 AND 19 ONLY**

**Blackburn, J.**

The matter before me is **Plaintiff's Notice of Settlement and Voluntary Dismissal With Prejudice of John Doe 10 and John Doe 19 Only** [#17][1] filed October 19, 2012.  After reviewing the notice and the record, I conclude the notice should be approved and that plaintiff's claims against defendants John Doe 10 and John Doe 19 should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That **Plaintiff's Notice of Settlement and Voluntary Dismissal With Prejudice of John Doe 10 and John Doe 19 Only** [#17] filed October 19, 2012, is **APPROVED**;

2. That plaintiff's claims against defendants John Doe 10 and John Doe 19 are

---

[1] "[#17]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

**DISMISSED WITH PREJUDICE**; and

3. That defendants John Doe 10 and John Doe 19 are **DROPPED** as named parties to this action, and the case caption is amended accordingly.

Dated October 19, 2012, at Denver, Colorado.

**BY THE COURT:**

/s/ Bob Blackburn
Robert E. Blackburn
United States District Judge