**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 12-cv-02392-REB-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOES 1-9, 11-18, and 20-22,

    Defendants.

## ORDER OF DISMISSAL AS TO JOHN DOES 7 AND 15 ONLY

**Blackburn, J.**

The matter before me is **Plaintiff's Notice of Settlement and Voluntary Dismissal With Prejudice of John Doe 7 and John Doe 15 Only** [#23][1] filed October 22, 2012. After reviewing the notice and the record, I conclude the notice should be approved and that plaintiff's claims against defendants John Doe 7 and John Doe 15 should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That **Plaintiff's Notice of Settlement and Voluntary Dismissal With Prejudice of John Doe 7 and John Doe 15 Only** [#23] filed October 22, 2012, is **APPROVED**;

2. That plaintiff's claims against defendants John Doe 7 and John Doe 15 are

---

[1] "[#23]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

**DISMISSED WITH PREJUDICE**; and

      3.  That defendants John Doe 7 and John Doe 15 are **DROPPED** as named parties to this action, and the case caption is amended accordingly.

Dated October 23, 2012, at Denver, Colorado.

**BY THE COURT:**

/s/ Bob Blackburn
Robert E. Blackburn
United States District Judge