IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02392-REB-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOES 1-22,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 22, 2012.**

    Before the Court is Defendant Doe #3's Motion to Quash the Subpoena [docket #21]. The Defendant has failed to attach a copy of the challenged subpoena to his motion for the Court's consideration; therefore, the Court orders that Defendant file a written supplement to the motion attaching a copy of the challenged subpoena on or before October 26, 2012.

    Defendant Defendant Doe #3's Motion for Leave to Proceed Anonymously [filed October 22, 2012; docket #20] is **granted as follows**. The motion is granted in that Defendant may proceed anonymously in this matter as "Doe #3" only for the purpose of adjudicating the pending motion to quash. Upon resolution of the motion to quash, should Doe #3 perceive a need to continue proceeding anonymously in this case, he must then seek permission from the Court to continue proceeding anonymously.