IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02392-REB-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOES 1-22,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 29, 2012.**

    Before the Court is Defendant Doe #3's Motion to Quash the Subpoena [filed October 22, 2012; docket #21]. Defendant Doe #3 failed to attach a copy of the challenged subpoena to his motion for the Court's consideration. Thus, on October 22, 2012, the Court ordered Doe #3 to file a written supplement to the motion attaching a copy of the challenged subpoena on or before October 26, 2012; however, Doe #3 failed to do so. Therefore, the motion is **denied without prejudice**. If Doe #3 wishes to re-file his motion properly attaching a copy of the challenged subpoena in accordance with the Court's order, he may do so on or before November 2, 2012.