IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02392-REB-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOES 1-22,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 14, 2012.**

    Before the Court is Defendant Doe #3's Motion that the Court (1) Reconsider its Order Granting Early Discovery (2) Sever all John Does Other than John Doe No. 1, and (3) Quash Outstanding Subpoenas [filed November 12, 2012; docket #30].

    Due to its varied requests for relief, adjudication of the single motion will likely require several different standards of review and legal analyses of both dispositive and non-dispositive issues. In the interests of judicial efficiency and the proper management of its docket, the Court **denies** the motion **without prejudice** and instructs the Defendant to file his requests for relief each in separate motions, as applicable. *See* D.C. Colo. LCivR 7.1C ("A motion shall be made in a separate paper.")

    Further, the Court notes that it has already ruled that this Court has no jurisdiction to quash the subpoena challenged by Doe #3 (docket #29), and Doe #3 makes no argument in the present motion rebutting the well-settled law or asking the Court to reconsider its order.