IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02392-REB-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOES 1-22,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 27, 2012.**

    Defendant Doe 17's Unopposed Motion for Leave to Proceed Anonymously [filed November 22, 2012; docket #41] is **granted** as follows. Doe 17 may proceed anonymously in this matter as "Doe 17" only for the purpose of adjudicating the pending motion for protective order and motion to sever/dismiss. Upon resolution of these motions, should Doe 17 perceive a need to continue proceeding anonymously in this case, she must then seek permission from the Court to continue proceeding anonymously.