**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 12-cv-02392-REB-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOES 1-6, 8-9, 11-14, 16-18, and 22,

    Defendants.

**ORDER OF DISMISSAL AS TO JOHN DOES 1, 2, 4, 5, 6, 8,
11, 12, 13, 14, 15, 18, AND 22**

**Blackburn, J.**

The matter before me is **Plaintiff's Notice of Voluntary Dismissal Without Prejudice of John Does 1, 2, 4, 5, 6, 8, 11, 12, 13, 14, 15, 18, and 22** [#62][1] filed February 6, 2013. After reviewing the notice and the record, I conclude the notice should be approved and that plaintiff's claims against John Does 1, 2, 4, 5, 6, 8, 11, 12, 13, 14, 15, 18, and 22 should be dismissed without prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That **Plaintiff's Notice of Voluntary Dismissal Without Prejudice of John Does 1, 2, 4, 5, 6, 8, 11, 12, 13, 14, 15, 18, and 22** [#62] filed February 6, 2013, is **APPROVED**;

2. That plaintiff's claims against John Does 1, 2, 4, 5, 6, 8, 11, 12, 13, 14, 15, 18,

---

[1] "[#62]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

and 22 are **DISMISSED WITHOUT PREJUDICE**; and

    3.  That John Does 1, 2, 4, 5, 6, 8, 11, 12, 13, 14, 15, 18, and 22 are **DROPPED** as named parties to this action, and the case caption is amended accordingly.

Dated February 6, 2013, at Denver, Colorado.

                                        **BY THE COURT:**

                                        */s/ Robert E. Blackburn*
                                        Robert E. Blackburn
                                        United States District Judge