**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  12-cv-02392-REB-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOES 3, 9, 16-17

    Defendants.

## ORDER OF DISMISSAL AS TO JOHN DOE 16, ONLY

**Blackburn, J.**

The matter before me is plaintiff's **Notice of Voluntary Dismissal Without Prejudice of John Doe 16 Only** [#68][1] filed February 13, 2013.   After reviewing the notice and the record, I conclude the notice should be approved and that plaintiff's claims against defendant John Doe 16 should be dismissed without prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1.  That plaintiff's **Notice of Voluntary Dismissal Without Prejudice of John Doe 16 Only** [#68] filed February 13, 2013, is **APPROVED**;

2.  That plaintiff's claims against defendant John Doe 16 are **DISMISSED WITHOUT PREJUDICE**; and

---

[1] "[#68]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

3. That defendant John Doe 16 is **DROPPED** as named party to this action, and the case caption is amended accordingly.

Dated February 13, 2013, at Denver, Colorado.

**BY THE COURT:**

/s/ Robert E. Blackburn
Robert E. Blackburn
United States District Judge