# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Civil Action No.  12-cv-02392-REB-MEH

MALIBU MEDIA, LLC,

      Plaintiff,

v.

JOHN DOES 3, 9, 16-17

      Defendants.

---

## ORDER OF DISMISSAL AS TO JOHN DOE 9, ONLY

---

**Blackburn, J.**

      The matter before me is plaintiff's **Notice of Voluntary Dismissal Without Prejudice of John Doe 9 Only** [#73][1] filed March 12, 2013.   After reviewing the notice and the record, I conclude the notice should be approved and that plaintiff's claims against defendant John Doe 9 should be dismissed without prejudice.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That plaintiff's **Notice of Voluntary Dismissal Without Prejudice of John Doe 9 Only** [#73] filed March 12, 2013, is **APPROVED**;

      2.  That plaintiff's claims against defendant John Doe 9 is **DISMISSED WITHOUT PREJUDICE**; and

---

[1] "[#73]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

3.  That defendant John Doe 9 is **DROPPED** as named party to this action, and the case caption is amended accordingly.

Dated March 12, 2013, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackbum
United States District Judge