IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.  12-cv-02392-WYD-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOES 3, 17,

    Defendants.

---

## ORDER

---

This matter is before the Court on plaintiff's Notice of Settlement and Voluntary Dismissal With Prejudice of John Doe 3 Only [ECF No. 76)] filed April 1, 2013.  After reviewing the notice and the record, I conclude the notice should be approved and that plaintiff's claims against defendant John Doe 3 should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That plaintiff's **Notice of Settlement and Voluntary Dismissal With Prejudice of John Doe 3 Only** filed April 1, 2013, is **APPROVED**;

    2.  That plaintiff's claims against defendant John Doe 3 are **DISMISSED WITH PREJUDICE**.  Defendant John Doe 3 shall hereafter be taken off the case caption.

    Dated:  April 2, 2013.

                                               BY THE COURT:

                                               s/ Wiley Y. Daniel
                                               WILEY Y. DANIEL,
                                               SENIOR UNITED STATES DISTRICT JUDGE