IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.  12-cv-02392-WYD-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOE 17,

    Defendant.

## ORDER OF DISMISSAL

This matter is before the Court on Plaintiff's Notice of Voluntary Dismissal Without Prejudice of Defendant John Doe 17 (ECF No. 82).  The Court, having reviewed the Notice and file and being fully advised in the premises,

ORDERS that Defendant John Doe 17 is **DISMISSED WITHOUT PREJUDICE.**  It is

FURTHER ORDERED that since all John Doe Defendants have now been dismissed, this case is **DISMISSED WITHOUT PREJUDICE**.

Dated:  May 9, 2013

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior United States District Judge